# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-0646
LT Case No. 2024-CT-000604-A

_____

STATE OF FLORIDA,

Appellant,

v.

BRYAN ALLEN REPPLE,

Appellee.

_____

On appeal from the Circuit Court for Seminole County.
James Joseph DeKleva, Judge.

James Uthmeier, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellant.

Stuart I. Hyman, of Stuart I. Hyman, P.A., Orlando, for Appellee.

July 2, 2026

PER CURIAM.

AFFIRMED.

HARRIS, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____